**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Nevada__
　　　　　　　　　　　　　(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Cashion Family Trust

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Cashion Family Nevada Spendthrift Trust

or Cashion Family Trust

~~or William B. Cashion Family Nevada Spendthrift Trust~~

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__8_1__ - __7_0_0_0_4_8_3__
EIN

**5. Debtor's address**

Principal place of business

__Suite 111  684__
Number    Street

__8465 West Sahara Ave__

__Las Vegas__　　　　__89117__ __NV__
City　　　　　　　　State  ZIP Code

__CLARK__
County

Mailing address, if different

__same__
Number    Street

_____
P.O. Box

_____
City　　　　　State  ZIP Code

Location of principal assets, if different from principal place of business

_____
Number    Street

_____
City　　　　　State  ZIP Code

Official Form 205　　　　Involuntary Petition Against a Non-Individual　　　　page 1

Debtor _____     Case number (if known)_____
      Name

6. **Debtor's website (URL)**   _____none_____

7. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☒ Other type of debtor. Specify: __Trust_____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☒ Yes.  Debtor __Western Steel Inc_____   Relationship __CFT is stockholder__
     District __Nevada_____  Date filed __02/24/2023__  Case number, if known __23-50118__
                                       MM / DD / YYYY

     Debtor _____   Relationship _____
     District _____  Date filed _____  Case number, if known _____
                                       MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____   Case number (if known)_____
       Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Steven Mark Hayden | Rent reimbursement | $ 2000 |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                          **Attorneys**

Name and mailing address of petitioner

Steven Mark Hayden
_____                                         _____
Name                                                                   Printed name

suite 111-684    8465 W Sahara Ave                                    _____
Number   Street                                                        Firm name, if any

Las Vegas           NV         89117                                  _____
City                State      ZIP Code                                Number   Street

Name and mailing address of petitioner's representative, if any       _____
                                                                       City           State      ZIP Code

_____                                         Contact phone _____  Email _____
Name
                                                                       Bar number _____
_____
Number   Street                                                        State _____

_____
City        State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/22/2023                                               X _____
            MM / DD / YYYY                                               Signature of attorney

X  /s/ Steven M Hayden                                                Date signed _____
   Signature of petitioner or representative, including representative's title    MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Debtor _____   Case number (if known)_____
             Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone _____   Email _____

Bar number    _____

State         _____

✘ _____
Signature of attorney

Date signed  _____
             MM  / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone _____   Email _____

Bar number    _____

State         _____

✘ _____
Signature of attorney

Date signed  _____
             MM  / DD / YYYY

**Mail body: PRINT ME**

print me